546

Willie **FRAZIER**

v.

**J. Ellis OVERLADE, as Warden of the
Indiana State Prison.**

Civ. No. 2154.

United States District Court
N. D. Indiana, South Bend Division.

Jan. 21, 1957.

Robert S. Baker, Deputy Atty. Gen.,
for petitioner.

Robert O'Mahoney, Asst. Atty. Gen.,
for respondent.

PARKINSON, District Judge.

This is a habeas corpus proceeding
wherein writ was issued, return and an-
swer filed by the respondent and tried to
the court. It is the cause on the merits
which now solicits the decision of this
court.

As the findings of fact and conclusions
of law will appear in this opinion, it will
be filed and will so serve.

The petitioner is in the custody of the
respondent under a commitment issued
by the Allen Circuit Court of Allen Coun-
ty, Indiana on a judgment of conviction
of second degree murder entered on Sep-
tember 30, 1948 on a verdict of the jury.

The petitioner contends that his deten-
tion is illegal because the Allen Circuit
Court erred in admitting his written con-
fession in evidence; that Negroes were
excluded from grand juries in Allen
County, Indiana, and that court appoint-
ed counsel, who represented him in the
trial of his case, was incompetent.

The undisputed evidence is that the
written confession of the petitioner was
properly admitted in evidence and the
Allen Circuit Court committed no error
in that regard nor was any error com-
mitted in the entire trial.

The petitioner offered no evidence that
Negroes were excluded from juries in Al-
len County, Indiana. He did testify that
there were no Negroes on the petit jury
which tried his case but the undisputed
evidence is that Negroes are nor were
not excluded from jury service in Allen
County, Indiana but are included and
have served on juries in Allen County,
Indiana for many years including the pe-
riod of time during which the petitioner
was indicted and tried.

The undisputed evidence is that Robert
E. Myers, a member of the Allen County
Bar, was appointed by the Allen Circuit
Court to represent the petitioner and did
so represent him. This court now holds,
from the evidence in the record, that
Robert E. Myers is a reputable and com-
petent attorney and that he ably repre-
sented the petitioner and did everything
for the petitioner in the trial of his case
which any attorney could have done un-
der the circumstances to adequately and
competently represent him.

This court has carefully considered all
of the evidence in the record and, with-
out regard to the fact that the petitioner
has failed to show that he has exhausted

the remedies available to him in the state courts of Indiana, now concludes and holds that the petitioner has wholly failed to prove by any evidence that his detention is illegal and that he is entitled to any relief.

It is, therefore, the considered judgment of this court that the prayer of the petition be denied; that the petition be dismissed; that the respondent be discharged from the writ, and that the petitioner be remanded to the custody of the respondent.

The clerk will enter judgment accordingly.